# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1663
Lower Tribunal No. 2019-DR-012905-O

_____

MERIEM LOFTI,

Appellant,

v.

CHRISTOPHER HOFFMAN,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Diana M. Tennis, Judge.

May 10, 2024

WOZNIAK, J.

As to the final judgment of dissolution, we find no error and affirm.[1]  As to

the final order on relocation, we dismiss the appeal for lack of jurisdiction.

AFFIRMED in part; DISMISSED in part.

STARGEL and SMITH, JJ., concur.

---

[1] This case was transferred from the Fifth District Court of Appeal to this
Court on January 1, 2023.

Gary Israel, Orlando, for Appellant.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED